# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-3670
Lower Tribunal No. 20CF008641

_____

STATE OF FLORIDA,

Petitioner,

v.

BELONI PETIT-FRERE,

Respondent.

_____

Petition for Writ of Certiorari to the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

June 21, 2024

PER CURIAM.

For the reasons outlined in *State v. Lobato*, No. 6D23-3201 (Fla. 6th DCA May 31, 2024),

we quash the order under review and remand for further proceedings.

ORDER QUASHED; REMANDED with INSTRUCTIONS.

TRAVER, C.J., and NARDELLA and SMITH, JJ., concur.


Ashley Moody, Attorney General, Tallahassee, and Doris Meacham, Senior Assistant Attorney General, Daytona Beach, for Petitioner.

J. Jervis Wise, of Brunvand Wise, P.A., Clearwater, for Respondent.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED